**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1290**

---

SHIRLEY BOATWRIGHT,

      Plaintiff - Appellant,

   v.

PAMELA VALDEZ,

      Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:25-cv-00352-RCY)

---

Submitted:  June 18, 2026                        Decided:  July 10, 2026

---

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shirley Boatwright, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Boatwright appeals the district court's order dismissing her claim under the Federal Tort Claims Act for lack of subject matter jurisdiction for failure to exhaust administrative remedies.  We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *Boatwright v. Valdez*, No. 3:25-cv-00352-RCY (E.D. Va. Feb. 20, 2026).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*